IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SHELIA KELLEY                                                                                       PLAINTIFF

VS.                                       NO.  1:04CV00056 JWC

JO ANNE B. BARNHART,                                                                      DEFENDANT
Commissioner, Social
Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order filed this date, judgment is entered affirming the final decision of the Commissioner and dismissing this case with prejudice; the relief sought is denied.

IT IS SO ORDERED this 13th day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE